IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTHA WILSON and
TIMOTHY CHABOT,

      Plaintiffs,

vs.                                                                                      No. CIV 10-0797 JB/WPL

ALBUQUERQUE POLICE OFFICERS
JENNIFER JARA and DANIEL VAZQUEZ,

      Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** came before the Court, on November 1, 2, and 3, 2011 for a jury trial on Plaintiff Martha Wilson's unlawful entry and arrest without probable cause claims in violation of the Fourth Amendment to the United States Constitution. Also before the jury was the issue of damages on the illegal seizure claim for which the Court found Defendants Jennifer Jara and Daniel Vazquez liable as a matter of law in its Memorandum Opinion and Order, filed October 17, 2011 (Doc. 45). Based upon the representations of counsel at pre-trial hearings and at trial, Plaintiff Timothy Chabot elected not to pursue his claims, and the Court will dismiss his claims with prejudice. The jury found for Jara and Vazquez on the illegal entry and unlawful arrest claims. The Court finds that judgment should and will be entered on those claims in favor of Jara and Vazquez and against Wilson. The jury awarded Wilson compensatory damages in the amount of $7,500.00, against Jara and Vazquez for unlawfully seizing her within her home in violation of the Fourth Amendment to the United States Constitution. The jury awarded punitive damages of $30,000.00 against each Defendant for seizing Wilson in violation of the Fourth Amendment to the United States Constitution.

The parties are permitted to apply for fees and costs pursuant to applicable law and rules.

**IT IS ORDERED** that Judgment is entered for Plaintiff Martha Wilson in the amount of $7,500.00 against Defendants Jennifer Jara and Daniel Vazquez, jointly and severally. The Court enters judgment for Wilson against Jara in an additional amount of $30,000.00 and for Wilson against Vazquez in an additional amount of $30,000.00. Judgement is entered for Jara and Vazquez and against Wilson on the unlawful entry and arrest without probable cause claims. Chabot's claims against Jara and Vazquez are dismissed with prejudice based on the representations of counsel. Additionally, the case is dismissed with prejudice.

                                                                                                                _____
                                                        UNITED STATES DISTRICT JUDGE

*Counsel:*

Joseph P. Kennedy
Shannon L. Kennedy
Kennedy Law Firm
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Stephanie M. Griffin
Benjamin I. Sherman
Tarra Leigh Hoden
  Assistant County Attorneys
City of Albuquerque
Albuquerque, New Mexico

    *Attorneys for the Defendants*

-2-