IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTHA WILSON,

    Plaintiff,

vs.        No.  CIV 10-797 JB/WPL

ALBUQUERQUE POLICE OFFICERS
JENNIFER JARA & DANIEL VAZQUEZ,

    Defendants.

## ORDER TO WITHDRAW AS PLAINTIFF'S COUNSEL

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion to Withdraw as Plaintiff's Counsel and the Court being fully advised, finds that the Motion is well taken;

IT IS THEREFORE ORDERED, that Plaintiff's Counsel is granted leave to withdraw from the representation of Plaintiff. Notice to Plaintiff shall be mailed to:

    Martha Wilson
    1552 Andover Lane
    Frederick, MD 21702
    Tel. (910) 599-5956

_____
UNITED STATES DISTRICT COURT

Submitted by:

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy/Shannon L. Kennedy
Kennedy Law Firm

Approved By:

Via telephone
Tarra Hoden
District Attorney

Approved By:

Via telephone
Martha Wilson
Plaintiff