**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 19, 2011**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

MARTHA WILSON,

    Plaintiff - Appellee,

and

TIMOTHY CHABOT,

    Plaintiff,

v.

Albuquerque Police Officers
JENNIFER JARA and DANIEL
VAZQUEZ,

    Defendants - Appellants.

No. 11-2231
(D.C. No. 1:10-CV-00797-JB-WPL)

---

## ORDER

---

The proceedings in this appeal are **ABATED** pending further order of this court. However, preliminary documents must still be filed.

This appeal was filed before disposition of the defendants' motion to vacate, docket no. 96, filed December 2, 2011, and their motion as a matter of law, docket no, 97, filed December 2, 2011. *See* Fed. R. App. P. 4(a)(4)(B)(i).

When the district court enters an order disposing of this motion, the defendants shall notify this court in writing within 10 days. In addition, the clerk

of the district court shall supplement the preliminary record by transmitting to this court a copy of the order, together with a copy of the related docket entries. *See* 10th Cir. R. 3.2(B).

The defendants shall file a status report within 30 days of the date of this order if the district court has not ruled on their motions by that time.

>   Entered for the Court
>   ELISABETH A. SHUMAKER, Clerk
>
>   *[signature]*
>
>   Ellen Rich Reiter
>   Deputy Clerk/Jurisdictional Attorney