IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTHA WILSON,

    Plaintiff,

vs.                                                                          No. CIV 10-797 JB/WPL

ALBUQUERQUE POLICE OFFICERS
JENNIFER JARA & DANIEL VAZQUEZ,

    Defendants.

**STIPULATION TO THE KENNEDY LAW FIRM'S MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES ON ITS OWN BEHALF AND ON BEHALF OF PLAINTIFF MARTHA WILSON [Doc. #112]**

The parties have stipulated and agreed on Plaintiff's Motion for Attorney Fees and Costs [Doc.# 112] as follows:

1) The parties agree that $52,500.00 plus gross receipts tax of $3,675.00 is a reasonable attorney fee pursuant to 42 U.S.C.§1988, and Defendants shall pay this fee to the Kennedy Law Firm should Plaintiff's judgment be affirmed on appeal.

2) The parties agree that costs of $1,720.62 are reasonable and compensable, and Defendants shall pay this cost to the Kennedy Law Firm should Plaintiff's judgment be affirmed on appeal.

3) The execution of this stipulation shall be stayed pending the outcome of Defendants' appeal of the judgment.

4) The Kennedy Law Firm waives any interest on this stipulation.

5) The Kennedy law Firm agrees that payment of this stipulated amount satisfies its claim of lien in this matter.

                                                                      _____
                                                                      UNITED STATES DISTRICT COURT

Submitted By:

***/s/ Joseph P. Kennedy***
Joseph P. Kennedy/Shannon L. Kennedy
Kennedy Law Firm

Agreed to by:

Approved via email on 2/14/12
Stephanie M. Griffin
*Attorney for Defendants*

Agreed to by:

Approved via e-mail on 2/21/12
Martha Wilson
*Plaintiff*